# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0052
_____

MURPHY ARNOLD BROCKINGTON
JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

August 5, 2019

PER CURIAM

In this *Anders**\** appeal, Appellant challenges the trial court's order revoking his probation. At an evidentiary hearing, the trial court found that Appellant had not violated condition (10) of his probation. However, the written order entered by the trial court revoking Appellant's probation stated that Appellant had violated condition (10) of his probation. We remand for the trial court to enter a written order that conforms to the trial court's oral pronouncement. *See Leggs v. State*, 27 So. 3d 155, 155 (Fla. 1st DCA 2010); *Baldwin v. State*, 855 So. 2d 1180, 1180 (Fla. 1st DCA 2003); *Burgin v. State*, 623 So. 2d 575, 576-77 (Fla. 1st DCA 1993).

---

\* *Anders v. California*, 386 U.S. 738 (1967).

REVERSED and REMANDED.

B.L. THOMAS, MAKAR, and WINOKUR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Andy Thomas, Public Defender, Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.